UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREEDMAN, et al.

Plaintiffs,

vs.

WEATHERFORD INTERNATIONAL LTD., et al

Defendants,

Civil Action No.12-CV-02121

RECEIVED SDNY PRO SE OFFICE 2015 NOV 18 AM 9:28

## WITHDRAWL OF OBJECTION OF JEFF M. BROWN TO PROPOSED SETTLEMENT

NOW COMES, Pro Se Objector JEFF M. BROWN, hereby files this withdrawal of his objections to the proposed settlement in this matter.

### CONCLUSION

**WHEREFORE,** This Objector, respectfully requests that the Court allow the withdrawal of this objection.

Dated: October 26,, 2015

By: _[signature]_
Jeff M. Brown, Pro Se
750 South Dixie Highway
Boca Raton, FL 33432
Telephone: (561)395-0000
Facsimile: (561)395-9093

### CERTIFICATE OF SERVICE

1

I hereby certify that on October 12, 2015, I caused to be filed, this Objection, via US Mail, the foregoing with the Clerk of the Court of the United States District Court for the Southern District of New York.

I certify that all participants listed in the Notice of Pendency of Class Action dated May 20, 2015 for this were served email to wit:

CLASS COUNSEL
Ira A. Schochet, Esquire
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005

DEFENSE COUNSEL
Peter A. Wald, Esquire
Latham & Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111

JEFF M. BROWN
PRO SE
150 South Dixie Highway
Boca Raton, FL 33432

RECEIVED
SDNY PRO SE OFFICE
2015 NOV 18 AM 9:29

USM SDNY P3

CLERK OF COURTS
FEDERAL COURT BUILDING
SOUTHERN DISTRICT OF N/Y YORK
500 PEARL STREET
NEW YORK, N.Y
10027



MILWAUKEE WI 530
12 NOV 2015 PM 5 L